UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PROTECTIVE LIFE INSURANCE
COMPANY,

      Plaintiff,

v.                                   Case No:  8:25-cv-00921-JLB-AEP

JANETTE DODGE, et al.,

      Defendants.
_____/

**ORDER**

      Before the Court is Plaintiff Protective Life Insurance Company's ("Protective") Motion for Default Judgment, Interpleader of Insurance Proceeds, Discharge of Liability, and Dismissal with Prejudice. (Doc. 18). No opposition has been filed, and the time to do so has expired. *See* Local Rule 3.01(d). Additionally, Defendant Janette Dodge does not oppose the relief sought in this motion. (Doc. 18 at 13). Thus, the Court treats the motion as unopposed. *See* Local Rule 3.01(d).

      Protective asks the Court to enter default judgments against Defendants Matthew Lewis and Laura Nguyen, permit Protective to deposit the proceeds from the death benefits at issue into the Court Registry, and dismiss Protective from the case with prejudice. After review, the Court **GRANTS** the Motion as to the interpleader deposit and dismissal of Protective with prejudice from the case, and

the Court **DENIES without prejudice** the Motion as to Protective's request for a default judgment against Defendants Matthew Lewis and Laura Nguyen.

Accordingly, it is **ORDERED** that:

1. Protective's Motion for Default Judgment, Interpleader of Insurance Proceeds, Discharge of Liability, and Dismissal with Prejudice (Doc. 18) is **GRANTED in part** and **DENIED in part**.

2. **No later than December 1, 2025**, Protective **SHALL DEPOSIT** into the Court Registry, in an interest-bearing account for future disbursement according to further order of the Court, the death benefits due under Protective Policy No. B00420867 in the amount of $53,576.00.

3. Upon Protective's deposit of the amount specified in Paragraph 2 into the Court Registry, the Court permanently enjoins Defendants Janette Dodge, Matthew Lewis, Laura Nguyen, and their attorneys or assigns from instituting or maintaining any claim or action in any state or federal court against Protective or its parent companies, affiliates, agents, predecessors, successors, or assigns relating in any way to Protective Policy No. B00420867, the death benefits, or this proceeding.

4. The Clerk is **DIRECTED** to enter judgment of interpleader in favor of Protective. Protective is **DISMISSED with prejudice** from this action.

5. Protective's motion for entry of default judgments against Defendants Matthew Lewis and Laura Nguyen is **DENIED without prejudice**. Defendants shall continue to assert their claims to the policy proceeds in their action.

**ORDERED** in Tampa, Florida, on November 6, 2025.

*[signature]*

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE