UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PROTECTIVE LIFE INSURANCE
COMPANY,

       Plaintiff,

v.                                                                  Case No:  8:25-cv-00921-JLB-AEP

JANETTE DODGE, MATTHEW
LEWIS, and LAURA NGUYEN,

       Defendants.

_____/

## **ORDER**

The Magistrate Judge has entered a Report and Recommendation (Doc. 34), recommending that Defendant/Crossclaim-Plaintiff Janette Dodge's Motion for Final Default Judgment Against Defendants/Crossclaim-Defendants Matthew Lewis and Laura Nguyen (Doc. 33) be **GRANTED**.  No party has objected, and the time to do so has expired.

A district judge may accept, reject, or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1).  The district judge must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  *Id.*

Here, after an independent review of the entire record and noting that no objection has been filed, the Court finds that the thorough and well-reasoned Report and Recommendation is due to be adopted.

Accordingly, it is **ORDERED** that:

1. The Report and Recommendation (Doc. 34) is **ADOPTED** and made a part of this Order for all purposes.

2. Defendant/Crossclaim-Plaintiff Janette Dodge's Motion for Final Default Judgment Against Defendants/Crossclaim-Defendants Matthew Lewis and Laura Nguyen (Doc. 33) is **GRANTED**.

3. The Clerk of Court is **DIRECTED** to enter final default judgment in favor of Crossclaim-Plaintiff Janette Dodge against Crossclaim-Defendants Matthew Lewis and Laura Nguyen, forfeiting and terminating Lewis and Nguyen's interest, if any, in Protective Life Insurance Company Policy No. B00420867, its death benefit, and any interest accrued on its death benefit.

4. The Clerk of Court is further **DIRECTED** to disburse the death benefit in the amount of $54,576.00 plus any accrued interest from the Court Registry to Janette Dodge c/o Westchase Law, P.A., 12027 Whitmarsh Lane, Tampa, FL 33626.

5. Thereafter, the Clerk of Court is **DIRECTED** to terminate all pending deadlines and close the case.

**ORDERED** in Tampa, Florida, on March 13, 2026.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE